**In re Gilbert ANDREWS.**

**No. 08–05–00189–CV.**

Court of Appeals of Texas,
El Paso.

May 19, 2005.

Carl Pipoly, Pipoly Law Offices, San Antonio, for relator Gilbert Andrews.

Steven L. Hughes, Mounce, Green, Myers, Safi & Galatzan, El Paso, for interest party.

Before BARAJAS, C.J., McCLURE, and CHEW, JJ.

### *OPINION ON PETITION FOR WRIT OF MANDAMUS*

DAVID WELLINGTON CHEW, Justice.

Relator, Gilbert Andrews, asks this Court to issue a writ of mandamus against the Honorable Jose J. Baca, County Court at Law No. 7 of El Paso County. Mandamus will lie only to correct a clear abuse of discretion. *Walker v. Packer,* 827 S.W.2d 833, 840 (Tex.1992)(orig. proceeding). Moreover, there must be no other adequate remedy at law. *Id.* Based on the record before us, we are unable to conclude that Respondent clearly abused his discretion or that Relators have no other adequate remedy. Accordingly, we deny mandamus relief. *See* Tex.R.App.P. 52.8(a).